# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN THE MATTER OF THE ESTATE OF
ARTHUR JOHNSON, JR., DECEASED,

Case No. 03-CV-71973-DT

_____/

## ORDER DENYING MOTION TO REMAND

Before the court in this closed case is a motion filed by the Estate of Arthur Johnson, Jr., on August 29, 2006, [Dkt. #20] seeking to remand the action to Wayne County Circuit Court. In addition, the court has been presented with a stipulation to the same effect, stamped as "received" in the Clerk's office October 12, 2006.

Unfortunately, this case was closed with a grant of summary judgment in favor of the United States entered November 30, 2004, [Dkts. # 18 and 19]. The court is aware of no authority that would permit it to remand a closed case. Without such authority, the court must deny the motion.

IT IS ORDERED that the Estate's Motion to Remand [Dkt. #20] is **DENIED.**

                                           s/ Robert H. Cleland
                                           ROBERT H. CLELAND
                                           UNITED STATES DISTRICT JUDGE

Dated: October 16, 2006